**No. 10-8798. Samuel Acosta, Petitioner v. United States.**

562 U.S. 1277, 131 S. Ct. 1618, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2001.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 619 F.3d 956.

**No. 10-8801. George Washington, Petitioner v. United States.**

562 U.S. 1277, 131 S. Ct. 1618, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2023.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8805. Artrone Cheatham, Petitioner v. United States.**

562 U.S. 1277, 131 S. Ct. 1619, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 1998.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 427.

**No. 10-8812. Jarrett Cannion, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1619, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2074.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 561.

**No. 10-8814. Oceanus Perry, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1619, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2013.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 401 Fed. Appx. 56.

**No. 10-8815. Andrew Charles Jackson, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1619, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2071.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 129.

**No. 10-8818. Andre Ellis, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1623, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2086.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 619 F.3d 72.

**No. 10-8823. Manuel Hernandez, Petitioner v. United States.**

562 U.S. 1278, 131 S. Ct. 1620, 179 L. Ed. 2d 513, 2011 U.S. LEXIS 2087.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 399 Fed. Appx. 685.